

DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
JILL GILLEN, State Bar #203471
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3820
Facsimile: (415) 554-3837
E-Mail: jill.gillen@sfgov.org

Attorneys for Defendants
City and County of San Francisco,
Chief Heather Fong, in her official capacity
Officer Stephen Morimoto and Officer Richard Dalton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY AISENMAN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; CHIEF OF POLICE HEATHER FONG, SFPD OFFICER MORIMOTO (#1912); SFPD OFFICER DALTON (#2160); SGT LEANNA DAWYDIAK; AN DOES 1 THROUGH 40,<br><br>Defendants. | Case No. C03-4557 MJJ<br><br>**Granted**<br>**STIPULATION FOR DISMISSAL OF DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, RICHARD DALTON, STEPHEN MORIMOTO, CHIEF OF POLICE HEATHER FONG, AND LEANNA DAWYKIAK**<br><br>Trial Date: 2/6/06 |

IT IS HEREBY STIPULATED by and between Plaintiff Casey Aisenman, on the one hand, and Defendants City and County of San Francisco, Richard Dalton, Stephen Morimoto, Leanna Dawydiak and Chief of Police Heather Fong (sued in this action in her official capacity only), on the other hand, through their respective counsel, that Plaintiff's Third Amended Complaint in the above-captioned action and all causes of action in the Third Amended

1

Complaint be and hereby are dismissed with prejudice pursuant to FRCP section 41(a)(1) as to all Defendants, including City and County of San Francisco, Richard Dalton, Stephen Morimoto, Chief of Police Heather Fong, and Leanna Dawydiak.

Plaintiff, the City and County of San Francisco, Richard Dalton, Stephen Morimoto, Chief of Police Heather Fong, and Leanna Dawydiak are to bear their own costs and attorney's fees. It is further stipulated that the City and County of San Francisco, Richard Dalton, Stephen Morimoto, Chief of Police Heather Fong (sued in this action in her official capacity only), and Leanna Dawydiak will not file a malicious prosecution or prosecution action against Casey Aisenman based on Mr. Aisenman's filing of this lawsuit.

Dated: May 16, 2005

DENNIS J. HERRERA
City Attorney

By: _____
JILL GILLEN, Deputy City Attorney

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
RICHARD DALTON, STEPHEN MORIMTO
AND CHIEF OF POLICE HEATHER FONG

Dated: 13 May 2005,

LAW OFFICES OF RUSSELL ROBINSON

By: _____
RUSSELL ROBINSON

Attorney for Plaintiff
CASEY AISENMAN

Dated: May 12 2005,

HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP

By: _____
KIMON MANOLIUS
Attorneys for Defendant
LEANNA DAWYDIAK

APPROVED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5/17/2005

2

Stipulated Dismissal; No. C03-4557 (MJJ)

C:\NrPortbl\HANSONSF\KQM\1187995_1.DOC
1187995.1